IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY and; ALLSTATE INDEMNITY COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>JAKE S. ALDRIDGE PC, an Oklahoma professional corporation; JACOB SHELTON ALDRIDGE, an individual; and S. ALEX YAFFE, an individual,<br><br>    Defendants. | Case No. 5:22-cv-00026-J |

## PLAINTIFFS' AGREED MOTION FOR ENTRY OF AGREED ORDER AND JUDGMENT

COME NOW Plaintiffs, Allstate Vehicle and Property Company and Allstate Indemnity Company and state as follows:

1. On January 7, 2022, Plaintiffs filed the present Complaint for Declaratory Judgment seeking a declaration that claims by the Aldridge Defendants against Defendant S. Alex Yaffe in an underlying state court action came within business exclusions in certain insurance policies issued by Plaintiffs and that there was no coverage for said claims under the policies.

2. The Parties have reached an agreement to resolve the present matter.

3. The Parties have agreed to the entry of the "Agreed Order and Judgment" which is signed by the Parties and attached hereto as Exhibit 1.

4.    The Parties have further agreed that each will bear their own attorneys' fees and costs.

WHEREFORE, Plaintiffs, with the agreement of all Parties, request the Court enter the Agreed Order and Judgment attached hereto.

Respectfully submitted,

s/*Ronald L. Walker*
RONALD L. WALKER, OBA #9295
TOMLINSON · MCKINSTRY P.C.
Two Leadership Square, Suite 450
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 606-3370 Telephone
(866) 633-6162 Facsimile
ronw@tmoklaw.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of March 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Gerard F. Pignato, OBA #11473<br>RYAN WHALEY<br>400 North Walnut Ave.<br>Oklahoma City, OK 73104<br>(405) 239-6040 (T) / (405)239-6676 (F)<br>jpignato@ryanwhaley.com<br>***Attorneys for Defendants, Jake S. Aldridge PC***<br>***and Jacob Sheldon Aldridge*** | Terry M. McKeever, OBA #21751<br>FOSHEE & YAFFE LAW FIRM S.<br>P.O. Box 890420<br>Oklahoma City, OK 73189<br>(405)378-3033 (T) / (405)632-3036 (F)<br>tmm@fylaw.com<br>***Attorneys for Defendant, S. Alex Yaffe*** |

s/*Ronald L. Walker*
RONALD L. WALKER

2